1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| DANIEL SMALL,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. C20-5225-MLP<br><br><br><br>STIPULATED ORDER FOR REMAND |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will offer Plaintiff an opportunity for a hearing and will issue a new decision. The ALJ will re-evaluate whether Plaintiff performed substantial gainful activity at step one of the sequential evaluation process. The ALJ will further evaluate Plaintiff's mental impairments in accordance with the special technique and further evaluate Plaintiff's symptom testimony. The ALJ will re-evaluate the opinion evidence of record, including the opinions of Anthony Wei, M.D. and reassess Plaintiff's maximum residual functional capacity. The ALJ will further evaluate whether Plaintiff could perform his past relevant work; and, if

Page 1   ORDER - [C20-5225-MLP]

warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

DATED this 24th day of November 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Martha A. Boden
MARTHA A. BODEN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3710
Fax:  (206) 615-2531
martha.boden@ssa.gov

Page 2     ORDER - [C20-5225-MLP]